UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

          Plaintiff,

   v.

ADRIENNE MCCOY, *et al.*,

          Defendants.

Case No. C24-621 LK

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) The Court ordered Plaintiff to show cause why her application should not be denied for failure to provide information necessary to the Court's determination. (Dkt. # 4.) Based on the IFP application as well as the supplemental documentation provided (*see* dkt. # 5) in response to the Court's order to show cause, Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See, e.g.*, *Zayas v. Johnson*, C23-5165-BHS; *Zayas v. King County*, C23-1279-JCC; *Zayas v. Dep't of Children Youth & Families*, C22-

ORDER - 1

1085-TL. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Lauren King.

Dated this 14th day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2