Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

| | |
|---|---|
| MYRIAM ZAYAS <br><br> *Plaintiff(s)* <br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> **-v-** <br> JUDGE ADRIENNE MCCOY, SYLVIA HOWARD <br><br> *Defendant(s)* <br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. ___2:24-cv-00621-LK___ <br>*(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MYRIAM ZAYAS
   Address: PLEASE DONT PUBLICIZE MY ADDRESS
   City / State / Zip Code:
   County:
   Telephone Number:
   E-Mail Address: mzlegalstuff@gmail.com

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: JUDGE ADRIENNE MCCOY
   Job or Title (if known):
   Address:
   City: SEATTLE   State: WA   Zip Code: 98101
   County:
   Telephone Number:
   E-Mail Address (if known):
   ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2
   Name: SYLVIA HOWARD
   Job or Title (if known): CPS SUPERVISER
   Address:
   City / State / Zip Code:
   County:
   Telephone Number:
   E-Mail Address (if known):
   ☐ Individual capacity   ☐ Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address
  - *City*    *State*    *Zip Code*
- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address
  - *City*    *State*    *Zip Code*
- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14TH AMENDMENT SUBSTANTIVE SUE PROCESS FIRST AMENDMENT RIGHT NOT TO SPEAK.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I could not find anywhere in the law where it says that judges are allowed to take children and hold them hostage to force parents to comply and associate with DCYF. If I am wrong, please do show me because I just don't see it. If this were a possibility, I would have been in jail a long time ago because I never have complied so I don't know where she's coming from or how she thinks she's a police officer or something they are not law enforcement they are an administrative court with no power.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

private information

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

04/30/2024 and 05/03/2024

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED PAGES
I cannot tell you where I got this information from because if I do then that chain of information will no longer be coming to me so all I can tell you is that Sylvia Howard supposedly is the one who instructed this judge to take my children because Sylvia Howard is African American and she hates me and has always hated me for many years because I am white. Sylvia howard is not a party to my case but has in the past attended all of my hearings now i know why.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SUBSTANTIVE DUE PROCESS VIOLATION NOT ASKING FOR CASH

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Somebody's gonna have to do injunctive relief because this Court has mandamus jurisdiction. This Court also has original jurisdiction over 1983 and she's violating my civil rights to remain silent under the First Amendment of the United states constitution I do not have to associate with CPS I do not have to speak to CPS even if I signed the court order before that was two years ago that court order expired after six months if you couldn't get me to sign it again then I'm sorry tough luck you don't just get to come back two years later and say hey I'm going to come take your kids for a court order that's two years old.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/03/2024

Signature of Plaintiff: *myriam zayas*

Printed Name of Plaintiff: myriam zayas

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address