UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ADRIENNE MCCOY et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00621-LK<br><br>ORDER OF DISMISSAL |

  This matter comes before the Court sua sponte. On June 7 2024, the Court dismissed pro se Plaintiff Miriam Zayas's amended complaint without prejudice and granted her leave to file a second amended complaint within 30 days of the Court's Order. Dkt. No. 9 at 7. The Court cautioned Ms. Zayas that if she did not file a timely amended complaint, the Court would dismiss the case. *Id.*

  Because Ms. Zayas has not filed an amended complaint or any request for extension, the Court now DISMISSES this case without prejudice.

//

//

ORDER OF DISMISSAL - 1

The Clerk is directed to close this case and send uncertified copies of this Order to Ms. Zayas at her last known address.

Dated this 1st day of October, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2